UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EARNEST WILSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:05 CV 927 |
| | * | |
| EVANSTON INSURANCE and EFI | * | FORMERLY HOUSTON COUNTY |
| STRUCTURAL ENGINEERING CO. | * | CIRCUIT COURT CASE NO. CV-04-698 |
| | * | |
| Defendants. | * | |

## NOTICE OF SUPPLEMENT TO REMOVAL PETITION FILED BY EVANSTON INSURANCE COMPANY

Having removed this action, pursuant to 28 U.S.C. §§ 1441 and 1446, from the Circuit Court of Houston County in Alabama to United States District Court for the Middle District, Southern Division of Alabama, Evanston Insurance Company hereby supplements its removal by attaching a certified copy of the entire court file from the Circuit Court of Houston County, attached as Exhibit A.

_____
JOSEPH J. MINUS, JR.     MINUJ5118
Attorney for Defendant Evanston Insurance
Company

OF COUNSEL:

**LYONS, PIPES & COOK, P.C.**
2 North Royal Street (36602)
Post Office Box 2727
Mobile, Alabama 36652
Telephone: (251) 432-4481
Facsimile: (251) 433-1820

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29 day of Sept, 2005 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of each filing to the following:

Blaine C. Stevens, Esquire
74 Broad Street
Ozark, Alabama 36360

James S. Lloyd, Esquire
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Ste. 300
Birmingham, AL 35223

_____
JOSEPH J. MINUS, JR.