**EXHIBIT A**

```
 AVS0351                                                              CV 2004 000698.00

                                                        JUDGE: C. LAWSON LITTLE

                          ALABAMA JUDICIAL DATA CENTER
                              CASE ACTION SUMMARY
                                 CIRCUIT CIVIL

   IN THE CIRCUIT COURT OF HOUSTON         COUNTY

   EARNEST WILSON VS EFI STRUCTURAL ENGINEERING CO AND EVANSTON INSURANCE
   FILED: 10/12/2004  TYPE: FRAUD/BAD FAITH      TYPE TRIAL: JURY    TRACK:
 *************************************************************************
  DATE1:            CA:                       CA DATE:
  DATE2:            AMT:            $.00      PAYMENT:
  DATE3:
 *************************************************************************
   PLAINTIFF  001: WILSON EARNEST
                                        ATTORNEY: STEVENS BLAINE CELONE
                                        STE091    644 BROAD STREET
                   , AL  00000-0000
                   PHONE: (334)000-0000          OZARK, AL  36360
   ENTERED: 10/12/2004  ISSUED:         TYPE:          (334)774-5667
   SERVED:              ANSWERED:       JUDGEMENT:

   DEFENDANT  001: EFI STRUCTURAL ENGINEERING CO
                   10 PARKWAY NORTH            ATTORNEY:

                   DEERFIELD, IL  60015-0000
                   PHONE: (334)000-0000
   ENTERED: 10/12/2004  ISSUED:         TYPE:
   SERVED:  9-1-05     ANSWERED:        JUDGEMENT:

   DEFENDANT  002: EVANSTON INSURANCE CO
                   10 PARKWAY NORTH            ATTORNEY:

                   DEERFIELD, IL  60015-0000
                   PHONE: (334)000-0000
   ENTERED: 10/12/2004  ISSUED:         TYPE:
   SERVED:  9-1-05     ANSWERED:        JUDGEMENT:

  9-6-05   - Certified Mail Return Receipt filed on Defendant, EFI Structural Engineeri
  9-6-05   - Certified Mail Return Receipt filed on Defendant, Evanston Insurance Co.
```

LIL  10/15/2004                                                    CV 2004 000698.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| EARNEST WILSON, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| VS. | * |
| | * CASE NO. CV-04-698 |
| EFI STRUCTURAL ENGINEERING CO., | * |
| and EVANSTON INSURANCE CO., | * |
| | * |
| DEFENDANTS. | * |

FILED
OCT 12 2004
JUDY BYRD, CLERK
HOUSTON CO., AL

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Earnest Wilson is a resident of Houston County, Alabama and is over the age of nineteen years.

2. Defendant EFI Structural Engineering Company (hereinafter referred to as "EFI") is believed to be an Alabama Corporation with its principal place of business located in the State of Alabama.

3. Defendant Evanston Insurance Company (hereinafter referred to as "Evanston") is believed to be an Illinois Corporation with its principal place of business located in Deerfield, Illinois.

4. The contract giving rise to this lawsuit was issued in the State of Alabama by Evanston Insurance Company.

5. All events and occurrences giving rise to this claim occurred in Houston County, Alabama. Therefore, venue is proper in Houston County, Alabama.

### STATEMENT OF FACTS

6. On or around November 11, 2002, Earnest Wilson was residing in his home located at 109 West Tecumseh Drive, Dothan, Alabama.

7. On or about the above stated date, a severe thunder and lightening storm struck the area.

8. During the storm, the outside swimming pool structure, as well as appurtenances to the pool, as well as the Wilson residence itself were damaged by lightening.

9. As a result of the lightening damage, the pool that is at issue in this lawsuit began to leak water.

10. The damage to the pool was specifically caused by lightening.

## COUNT IV

32. Plaintiff realleges all prior paragraphs of this Complaint as if set out here in full.

33. Defendant EFI Structural Engineering conducted no testing or any other activities that would have legitimately led to a finding that the pool damage at issue was not caused by lightening.

34. Defendant EFI Structural Engineering negligently reported to Evanston Insurance Company that lightening did not cause the pool damage at issue.

35. As a result of the negligence of EFI Structural Engineering, Plaintiff's claim on the pool at issue was denied.

WHEREFORE, premises considered, Plaintiff demands such amount as a jury may award as reasonable compensatory damages, punitive damages, and his costs in this action.

## COUNT V

36. Plaintiff realleges all prior paragraphs of this Complaint as if set out here in full.

37. Defendant EFI Structural Engineering wantonly reported to Evanston Insurance Company that the pool damage at issue was not caused by lightening with no legitimate testing conducted on the damage.

38. The wanton acts of EFI Structural Engineering caused damages to the Plaintiff in that his claim on the pool at issue was denied.

WHEREFORE, premises considered, Plaintiff demands such amount as a jury may award as reasonable compensatory damages, punitive damages, and his costs in this action.

Trial by jury is demanded.

Circuit Cou Respectfully submitted on this the ___ day of October, 2004.

State of Alabama, Houston County
I Judy Byrd, Clerk of The Circuit Court, hereby certify that this is a true and correct copy of
CV04-698
filed in this Court on October 12, 2004
This the 29th day of September, 2005

(Circuit Clerk)

Blaine C. Stevens
Attorney for Plaintiff
744 Broad Street
Ozark, Alabama 36360
(334) 774-5667

**State of Alabama**
**Unified Judicial System**

Form ARCivP-93   Rev. 5/99

# COVER SHEET
## CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Case Number: CV 2004 698

Date of Filing: 10 / 12 / 2004

Judge Code: _____

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF **Houston County**, ALABAMA

Plaintiff: **Earnest Wilson** v. Defendant: **EFI Structural Engineering Co., Evanston Insurance Co.**

First Plaintiff: [X] Business  [ ] Individual  [ ] Government  [ ] Other
First Defendant: [X] Business  [ ] Individual  [ ] Government  [ ] Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- [ ] WDEA - Wrongful Death
- [ ] TONG - Negligence: General
- [ ] TOMV - Negligence: Motor Vehicle
- [ ] TOWA - Wantonness
- [ ] TOPL - Product Liability/AEMLD
- [ ] TOMM - Malpractice-Medical
- [ ] TOLM - Malpractice-Legal
- [ ] TOOM - Malpractice-Other
- [X] TBFM - Fraud/Bad Faith/Misrepresentation
- [ ] TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- [ ] TOPE - Personal Property
- [ ] TORE - Real Property

**OTHER CIVIL FILINGS**
- [ ] ABAN - Abandoned Automobile
- [ ] ACCT - Account & Nonmortgage
- [ ] APAA - Administrative Agency Appeal
- [ ] ADPA - Administrative Procedure Act
- [ ] ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- [ ] MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- [ ] CVRT - Civil Rights
- [ ] COND - Condemnation/Eminent Domain/Right-of-Way
- [ ] CTMP - Contempt of Court
- [ ] CONT - Contract/Ejectment/Writ of Seizure
- [ ] TOCN - Conversion
- [ ] EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- [ ] CVUD - Eviction Appeal/Unlawful Detainer
- [ ] FORJ - Foreign Judgment
- [ ] FORF - Fruits of Crime Forfeiture
- [ ] MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- [ ] PFAB - Protection From Abuse
- [ ] FELA - Railroad/Seaman (FELA)
- [ ] RPRO - Real Property
- [ ] WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- [ ] COMP - Workers' Compensation
- [ ] CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):
[X] INITIAL FILING
[ ] REMANDED
[ ] APPEAL FROM DISTRICT COURT
[ ] TRANSFERRED FROM OTHER CIRCUIT COURT
[ ] OTHER: _____

**HAS JURY TRIAL BEEN DEMANDED?** [X] YES  [ ] NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:** [X] MONETARY AWARD REQUESTED  [ ] NO MONETARY AWARD REQUESTED

ATTORNEY CODE: STE091   Date: 10/12/04   Signature of Attorney/Party filing this form: [signature]

**MEDIATION REQUESTED:** [ ] YES  [ ] NO  [X] UNDECIDED

```
AVSO350                      ALABAMA JUDICIAL DATA CENTER
                                   HOUSTON    COUNTY
                                        SUMMONS
                                                              CV 2004 000698.00
```

*Original*

```
              IN THE CIRCUIT   COURT OF  HOUSTON     COUNTY
EARNEST WILSON VS EFI STRUCTURAL ENGINEERING CO AND EVANSTON INSURANCE
     SERVE ON: (D001)
     SSN: 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                  PLAINTIFF'S ATTORNEY
     EFI STRUCTURAL ENGINEERING CO     STEVENS BLAINE CELONE
     10 PARKWAY NORTH                  285 SOUTH UNION AVE
     DEERFIELD    ,IL 60015-0000       OZARK       ,AL 36360-0000
```

TO THE ABOVE NAMED DEFENDANT:
 THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

 THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✓)  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE

DATE: 08/24/2005                CLERK: JUDY BYRD
                                       PO DRAWER 6406
                                       DOTHAN AL 36302

RETURN ON SERVICE:              7000-0520-0018-3764-2218

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____                 SERVER SIGNATURE _____

SERVER ADDRESS _____       TYPE OF PROCESS SERVER _____

OPERATOR: LIL
PREPARED: 08/29/2005

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

EFI Structural Engineering Co.
10 Parkway North
DEERFIELD, ILLINOIS 60015

4a. Article Number
7000 0530 0018 3764 2218

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
SEP 0 1 2005

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
X RALPH A. UIDL

PS Form 3811, December 1994     102595-98-B-0229    Domestic Return Receipt

CV04-698 (BCS+)

```
AVSO350                    ALABAMA JUDICIAL DATA CENTER
                                 HOUSTON     COUNTY
                                     SUMMONS
                                                              CV 2004 000698.00
```

*Original*

```
              IN THE CIRCUIT    COURT OF  HOUSTON      COUNTY
EARNEST WILSON VS EFI STRUCTURAL ENGINEERING CO AND EVANSTON INSURANCE
    SERVE ON: (D002)
    SSN: 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                    PLAINTIFF'S ATTORNEY
    EVANSTON INSURANCE CO               STEVENS BLAINE CELONE
    10 PARKWAY NORTH                    285 SOUTH UNION AVE
    DEERFIELD       ,IL  60015-0000     OZARK          ,AL  36360-0000
```

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✓) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/24/2005                     CLERK: JUDY BYRD
                                     PO DRAWER 6406
                                     DOTHAN  AL  36302

RETURN ON SERVICE:       7000-0520-0018-3764-2201

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____       SERVER SIGNATURE _____

SERVER ADDRESS _____       TYPE OF PROCESS SERVER _____

PERATOR: LIL
REPARED: 08/29/2005

**U.S. Postal**
**CERTIFIE**
(Domestic

DEERFIE

2201  3764  0018  0520  7000

Pc
Certifie
Return Rece
(Endorsement R
Restricted Deliv
(Endorsement R
Total Postage

Recipient's
Evan
Street, Apt. No
10
City, State, ZIP
Dee
PS Form 380

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

EVANSTON INSURANCE COMPANY
10 Parkway North
DEERFIELD, IL. 60015

4a. Article Number
7000 0520 0018 3764 2201

4b. Service Type
☐ Registered        ☒ Certifie
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  SEP 0 1 2005

5. Received By: (Print Name) *[signature]*

6. Signature: (Addressee or Agent)
X  RALPH A. UIDL

8. Addressee's Address (Only if requested and fee is paid)
*Filed 9/6/05*
*Judy Byrd, Clerk*
CB

PS Form 3811, December 1994    102595-98-B-0229    Domestic Return Recei

CV04-698 ∝ (BCS*)