UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST WILSON, | * |
| Plaintiff, | * |
| v. | * CASE NO. 1:05-cv-927-b |
| EVANSTON INSURANCE and EFI STRUCTURAL ENGINEERING CO. | * FORMERLY HOUSTON COUNTY CIRCUIT COURT CASE NO. CV-04-698 |
| Defendants. | * |

## CONSENT TO REMOVAL

COMES NOW Defendant EFI Global, incorrectly designated as EFI Structural Engineering Co., and hereby notifies this Court of its consent to the removal of the case entitled <u>Earnest Wilson v. EFI Global</u> (incorrectly designated in Complaint as EFI Structural Engineering Co.) <u>and Evanston Insurance Company</u>, Case No. CV-04-698. Plaintiff commenced an action in the Circuit Court of Houston County, Alabama, on or around October 12, 2004.

Defendant Evanston Insurance Company recently filed a Notice of Removal to move this action from the Circuit Court of Houston County in Alabama to United States District Court for the Middle District, Southern Division of Alabama, pursuant to 28 U.S.C. §§ 1441 and 1446. According to Houston County Circuit Clerk's office, Plaintiff's Complaint was filed on October 12, 2004.

This action could have been filed in this Court under 28 U.S.C. § 1332 because complete diversity of citizenship exists between the Plaintiff and Defendants.

WHEREFORE, PREMISES CONSIDRED, Defendant EFI Global requests that this Honorable Court remove this case from the state court to the appropriate federal venue.

Respectfully submitted,

JAMES S. LLOYD
ASB-4384-D60J
Attorney for Defendant EFI Global

**OF COUNSEL:**
**Lloyd, Gray & Whitehead, P.C.**
2501 20th Place South, Ste. 300
Birmingham, AL 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28 day of September, 2005 served a copy of the foregoing on counsel for all parties to this proceeding by mailing the same by United States mail, first class postage prepaid and by faxing a copy this day.

                                                                                    _____
                                                                                    Of Counsel

cc:   Blaine Stevens, Esquire
        74 Broad Street
        Ozark, Alabama  36360

        Joseph J. Minus, Esquire
        Lyons, Pipes & Cook, P.C.
        P. O. Box 2727
        Mobile, Alabama  36652

        Clerk of Court
        Circuit Court of Houston County
        P. O. Drawer 6406
        Dothan, Alabama  36302-6406