UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EARNEST WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | 1:05-CV-927-B |
| EVANSTON INSURANCE and EFI | ) | |
| STRUCTURAL ENGINEERING CO. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE AS**
**ADDITIONAL ATTORNEY OF RECORD**
**FOR DEFENDANT EFI GLOBAL**

COMES NOW J. Rick Wallis of the firm of Lloyd, Gray and Whitehead, P.C. and enters his name as additional attorney of record for Defendant EFI Global in the above-styled matter.

Respectfully submitted,

/s/ J. Rick Wallis
J. Rick Wallis (ASB-7942-L55J)
Attorney for Defendant, EFI Global

OF COUNSEL:
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822
(205) 967-2380 facsimile

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the above and foregoing has been served upon the following by electronically filing the document with the United States District Court, Northern District of Alabama, Southern Division, and by via U.S. Regular Mail, postage prepaid, and properly addressed on this the 13th day of October, 2005, as follows:

Blaine C. Stevens, Esquire
74 Broad Street
Ozark, Alabama 36360

Joseph J. Minus, Jr.
Lyons, Pipes & Cook, P.C.
2 North Royal Street
Mobile, Alabama 36602

                                            _/s/ J. Rick Wallis_____
                                            OF COUNSEL