**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 25, 2005

NOTICE OF REASSIGNMENT

Re:   Earnest Wilson vs. EFI Structural Engineering Co., et al.
      Civil Action No.  1:05cv927

The above-styled case has been reassigned to Judge Mark E. Fuller..

Please note that the case number is now 1:05cv927-F.  This new case number should be used on all future correspondence and pleadings in this action.