UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 1:05-CV-927-B |
| EVANSTON INSURANCE and EFI ) | |
| STRUCTURAL ENGINEERING CO. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1.Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on October 31, 2005 and was attended by:

Blaine Stevens for Plaintiff

Joseph Minus for Defendant Evanston Insurance

Rick Wallis for Defendant EFI Global

2.Pre-Discovery Disclosures. The parties will exchange by November 30, 2005, the information required by FedR.Civ.P. 26(a)(1).

3.Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

1.Fraud

2.Bad faith

3.Breach of contract

4.Proximate cause of loss

All discovery commenced in time to be completed by June 30, 2006.

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 40 requests for admission by each party to any other party. Responses due 30 days after service.]

Maximum of 7 depositions by Plaintiff and 7 by Defendants.

Each deposition limited to maximum of 4 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by April 30, 2006.

From Defendants by May 31, 2006.

Supplementations under Rule 26(3) due August 31, 2006.

4. Other Items. The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in October, 2006.

Plaintiff should be allowed until January 30, 2006 to join additional parties and until January 30, 2006 to amend the pleadings.

Defendants should be allowed until February 28, 2006 to join additional parties and until February 28, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by July 31, 2006.

Settlement is likely and may be enhanced by use of the following alternative dispute resolution procedure: mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff by September 30, 2006.

From Defendants by September 30, 2006.

Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by November 1, 2006 and at this time is expected to take approximately 3 days.

Date:  November 3, 2005

/s/ J. Rick Wallis
James S. Lloyd (ASB-4384-D60J)
J. Rick Wallis (ASB-7942-L55J)
Attorneys for Defendant EFI Global

OF COUNSEL:
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822
(205) 967-2380 facsimile

/s/ Joseph J. Minus, Jr.
Joseph J. Minus, Jr. (MINUJ5118)
Attorney for Evanston Insurance Co.

OF COUNSEL:
**LYONS, PIPES & COOK, P.C.**
2 North Royal Street
Mobile, Alabama 36602

/s/ Blaine C. Stevens
Blaine C. Stevens (STE091)
Attorney for Plaintiff Earnest Wilson

OF COUNSEL:
**STRICKLAND & KENDALL**
420 S. Lawrence Street
Montgomery, Alabama 36104