UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **EARNEST WILSON,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO. 1:05 CV 927 |
| | * | |
| **EVANSTON INSURANCE and EFI** | * | FORMERLY HOUSTON COUNTY |
| **STRUCTURAL ENGINEERING CO.** | * | CIRCUIT COURT CASE NO. CV-04-698 |
| | * | |
| **Defendants.** | * | |

## NOTICE OF APPEARANCE

**COMES NOW** J. Day Peake III and gives notice of his appearance in this case as additional counsel for Evanston Insurance Co.

    /s/ J. Day Peake III
J. DAY PEAKE III            (PEAKJ9462)
Attorney for Defendant Evanston Insurance Co.

OF COUNSEL:

**LYONS, PIPES & COOK, P.C.**
2 North Royal Street (36602)
Post Office Box 2727
Mobile, Alabama 36652
Telephone: (251) 432-4481
Facsimile: (251) 433-1820
E-mail: JDP@LPClaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 8th day of November, 2005, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Jeffry N. Gale, Esq.
GALE & GALE
917 Western America Circle
Suite 205
Mobile, AL 36609

          /s/ J. Day Peake III
J. DAY PEAKE III
Attorney for Evanston Insurance Co.
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 432-4481
Fax: (251) 433-1820
E-mail: JDP@LPClaw.com