UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EARNEST WILSON,** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**EFI STRUCTURAL** )<br>**ENGINEERING CO. and** )<br>**EVANSTON INSURANCE** )<br>)<br>   **Defendants.** ) | **CIVIL ACTION NO:**<br>**1:05-CV-927-B** |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Earnest Wilson, makes the following disclosures as required by Rule 26 (a) of the federal rules and procedures.

1. Names, if known, of all persons that have discoverable information:

    a) Earnest Wilson.

As discovery is ongoing, Plaintiff reserves the right to supplement this list should additional names become known.

2. Description by category of all documents, data compilations and tangible things that are in the possession, custody or control of this party:

    a) Inspection Reports of EFI Engineering;
    b) Insurance documents of Evanston Insurance Company.

3. Computation category of any damages:

    a) While a complete estimate is not available at this point, Plaintiff will make claim for the repair cost associated with completely repairing the Plaintiff's pool. Plaintiff will also make claims for punitive damages and mental anguish.

4. Any Insurance agreement under which any person carrying on an insurance business may be liable to satisfy any part or all of a judgment.

    a) See attached copy of the Evanston Insurance policy issued to the Plaintiff.

**RESPECTFULLY** submitted this 7th day of December, 2005.

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**

**OF COUNSEL:**
Strickland & Kendall, LLC
420 South Lawrence Street (36104)
P.O. Box 99
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was mailed, postage prepaid, to the following on this the 7th day of December, 2005.

James S. Lloyd, Esq.
J. Rick Wallis, Esq.
Lloyd, Gray & Whitehead, PC
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223

Joseph J. Minus, Jr. Esq.
Lyons, Pipes & Cook, PC
2 North Royal Street
Mobile, AL 36602

/s/ Blaine C. Stevens
OF COUNSEL