IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST WILSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-927-MEF |
| ) | |
| EFI STRUCTURAL ENGINEERING ) | |
| CO., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

It is hereby ORDERED that the trial of this case set for February 19, 2007 is continued to the trial term commencing on February 26, 2007 at the United States Courthouse, Dothan, Alabama.

DONE this the 12th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE