UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EARNEST WILSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 1:05-CV-927-B |
| **EFI STRUCTURAL** ) | |
| **ENGINEERING CO. and** ) | |
| **EVANSTON INSURANCE** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**PLEASE TAKE NOTICE** of service of the following discovery documents upon opposing counsel listed below:

1)   *Plaintiff Earnest Wilson's Responses to Interrogatories and Request for Production of Documents from Defendant, Evanston Insurance.*

**RESPECTFULLY SUBMITTED** this 11th day of April, 2006.

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**

**OF COUNSEL:**
Strickland & Kendall, LLC
420 South Lawrence Street (36104)
P.O. Box 99
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was mailed, postage prepaid, to the following on this the 11th day of April, 2006.

James S. Lloyd, Esq.
J. Rick Wallis, Esq.
Lloyd, Gray & Whitehead, PC
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223

Joseph J. Minus, Jr. Esq.
Lyons, Pipes & Cook, PC
2 North Royal Street
Mobile, AL 36602

                                                /s/ Blaine C. Stevens
                                                OF COUNSEL