**UNITED STATES DISTRICT COURT**

```
                    MIDDLE DISTRICT OF ALABAMA
                       OFFICE OF THE CLERK
                       POST OFFICE BOX 711
                  MONTGOMERY, ALABAMA 36101-0711
```

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

```
                          April 12, 2006
```

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   Earnest Wilson vs. EFI Structural Engineering Co., et al

Case Number:    1:05cv927-MEF

Docket Entry Number:   17

**The referenced pleading was electronically filed on April 11, 2006 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket. Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**