# STRICKEN FROM RECORD AS A DOCKETING ERROR. ORDER ENTERED IN THE WRONG CASE.