**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 1, 2006

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:   Earnest Wilson vs. EFI Structural Engineering Co., et al**

**Case Number:    1:05cv927-MEF**

**Docket Entry Number:    20-Order**

**The above referenced ORDER was filed in the wrong case on 11/29/2006. This order is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**