IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST WILSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-927-MEF |
| ) | |
| EFI STRUCTURAL ENGINEERING ) | |
| CO., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that a hearing is set for December 20, 2006 at 9:30 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama, on the issue of why the attorney of record for plaintiff should not be sanctioned for his failure to comply with this Court's prior orders (Doc. #10 and #19).

It is further ORDERED that all counsel shall appear in person at the December 20, 2006 hearing.

DONE this 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE