# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **EARNEST WILSON,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CASE NO. 1:05 CV 927** |
| **EVANSTON INSURANCE and EFI STRUCTURAL ENGINEERING CO.** | * | **FORMERLY HOUSTON COUNTY CIRCUIT COURT CASE NO. CV-04-698** |
| **Defendants.** | * | |

## MOTION FOR ATTENDANCE VIA TELECONFERENCE

COME NOW Evanston Insurance and EFI Structural Engineering Co., Defendants in the above-styled cause, and move this Court for an Order allowing the out of town Defendants to attend the Court Hearing currently scheduled for December 20, 2006, at 9:30 a.m. via conference call. As grounds for said motion, Defendants would show unto the Court as follows:

1. This matter was settled between the parties on or about October 19, 2006. Both Defendants have tendered their settlement funds to Plaintiff along with the appropriate Release and Joint Stipulation for Dismissal on or about November 15, 2006, and November 7, 2006.

2. It is anticipated that the settlement will proceed as agreed upon. Plaintiff's counsel received the executed Release back from his client today.

3. Counsel for both Defendants reside outside Montgomery County and it would be more cost-effective for the Defendants to participate in the conference call via telephone. Additional defense costs are unnecessary given the fact the case has been settled.

WHEREFORE, Counsel for the Defendants would request the Court enter an Order allowing them to participate in the hearing scheduled on December 20, 2006, by telephone conference.

/S/ *Joseph J. Minus, Jr.*
JOSEPH J. MINUS, JR.        MINUJ5118
J. DAY PEAKE III            PEAKJ9462
Attorneys for Defendant Evanston Insurance Company
LYONS, PIPES & COOK, P.C.
2 North Royal Street
Post Office Box 2727
Mobile, Alabama 36652
Telephone: (251)432-4481
Fax: (251)433-1820
E-mail: jjm@lpclaw.com
E-mail: jdp@lpclaw.com

Filed with Consent of Counsel

*/s/ J. Rick Wallis*
JAMES S. LLOYD            LLOYJ4384
J. RICK WALLIS            WALLJ7942
Attorneys for EFI Engineering Co.
LLOYD, GRAY WHITEHEAD, P.C.
2501 20th Place South, Ste. 300
Birmingham, AL 35223
Telephone: (205)967-8822
Facsimile: (205)967-2380
E-mail: jlloyd@lgwpc.com
E-mail: rwallis@lgwpc.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 18th day of December, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blaine C. Stevens, Esquire
Strickland & Kendall, LLC
Post Office Box 99
Montgomery, AL 36101-0099

/s/ Joseph J. Minus, Jr.
JOSEPH J. MINUS, JR.