IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST WILSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-927-MEF |
| ) | |
| EFI STRUCTURAL ENGINEERING ) | |
| CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendants' Motion for Attendance via Teleconference (Doc. #23) filed on December 18, 2006, it is hereby

ORDERED that the motion is GRANTED insofar as defendants' counsel may participate in the hearing set for **December 20, 2006** at **9:30 A.M.** via telephone. **It is further ORDERED that plaintiff's counsel SHALL APPEAR in person at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama, for the hearing.**

DONE this the 19th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE