# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER    AT MONTGOMERY, AL

DATE COMMENCED: 12/20/06    AT: 9:35 a.m.
DATE COMPLETED: 12/20/06    AT: 9:40 a.m.

| | |
|---|---|
| Earnest Wilson § | |
| § | |
| vs. § | CV NO. 1:05CV927-MEF |
| § | |
| EFI Structural Engineering Company, et al. § | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Blaine Celone Stevens | | Joseph J. Minus, Jr. - by telephone |
| | | John R. Wallis - by telephone |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X )   Show Cause Hearing

9:35 a.m. -   Court convenes.
Counsel for plaintiff states reasons for not complying with this Court's prior order entered.
Court addresses plaintiff's counsel and admonishes counsel for not filing a notice of settlement with the Court.
Defense counsel states that stipulations have not been filed with the Court.
Court will give parties 10 days to file their joint stipulation of dismissal.

9:40 a.m. -   Court is in recess.