UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EARNEST WILSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:05 CV 927 |
| | * | |
| EVANSTON INSURANCE and EFI | * | FORMERLY HOUSTON COUNTY |
| STRUCTURAL ENGINEERING CO. | * | CIRCUIT COURT CASE NO. CV-04-698 |
| | * | |
| Defendants. | * | |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Earnest Wilson, Defendant Evanston Insurance, and Defendant EFI Structural Engineering Co., by and through each respective party and counsel, and stipulate to the dismissal of Plaintiff's claims against these Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(ii). Each party is to bear their own costs.

/s/ 
JOSEPH J. MINUS, JR.      MINUJ5118
J. DAY PEAKE III          PEAKJ9462
Attorneys for Defendant Evanston Insurance
Company

OF COUNSEL:

LYONS, PIPES & COOK, P.C.
2 North Royal Street
Post Office Box 2727
Mobile, Alabama 36652
Telephone: (251)432-4481
Fax: (251)433-1820
E-mail: jjm@lpclaw.com
E-mail: jdp@lpclaw.com

/s/ J. R. Wallis
JAMES S. LLOYD
J. RICK WALLIS
Attorneys for EFI Engineering Co.

OF COUNSEL:

LLOYD, GRAY WHITEHEAD, P.C.
2501 20th Place South, Ste. 300
Birmingham, AL 35223
Telephone: (205)967-8822
Facsimile: (205)967-2380
E-mail: jlloyd@lgwpc.com

/s/ Blaine C. Stevens
BLAINE C. STEVENS
Attorney for Earnest Wilson

OF COUNSEL:

STRICKLAND & KENDALL, LLC
Post Office Box 99
Montgomery, AL 36101-0099
Telephone: (334)269-3230
Facsimile: (334)269-3239
E-mail: bcelone@aol.com